**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**Rev. Fr. Emmanuel Lemelson, et al.,**
**Plaintiffs,**

**V.**

**Bloomberg LP, et al.,**
**Defendants,**

**CIVIL ACTION**

**NO. 16-11650-TSH**

# ORDER OF DISMISSAL

**Hillman, D. J.**

**In accordance with the Court's Memorandum and Order dated 5/19/17, granting the defendants' motions to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.**

**By the Court,**

**5/19/17**
**Date**

**/s/ Martin Castles**
**Deputy Clerk**